IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES TADLOCK, SCOTT ARNETT,
FRED BEYRAU, JOSEPH GOODWIN,
AMBER GOODWIN, DARREN HRBEK,
CHRIS HURST, ULLON SECHREST,
DENISE SECHREST, STEVE SIMPSON, and
MYRNA SIMPSON,

    Plaintiffs,

  vs.

CENTURY SURETY COMPANY,

    Defendant.

Case No. 12-cv-935-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Century Surety Company and against plaintiffs.

                                          NANCY J. ROSENSTENGEL

                                          By:s/Deborah Agans, Deputy Clerk

**IT IS SO ORDERED**
**DATED:** November 2, 2012

    **Approved:**    s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**